**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| PATRICK NOONE, | : | No. 672 MAL 2016 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| AKSHAR LACKAWANNA COUNTY | : | |
| STATION HOSPITALITY, L.P. AND | : | |
| NEXUS HOSPITALITY MANAGEMENT, | : | |
| LLC., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 31st day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.